1  OGLOZA FORTNEY LLP
    Darius Ogloza (SBN 176983)
2   *dogloza@oglozafortney.com*
    David C. Fortney (SBN 226767)
3   *dfortney@oglozafortney.com*
    Micah D. Nash (SBN 246319)
4   *mnash@oglozafortney.com*
   535 Pacific Avenue, Suite 201
5  San Francisco, California 94133
   Telephone: (415) 912-1850
6  Facsimile: (415) 887-5349

7  Attorneys for Plaintiff
   RA SUSHI HOLDING CORPORATION
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RA SUSHI HOLDING CORPORATION, a Delaware corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>SUSHI RAW GROUP, INC., a California corporation,<br><br>              Defendant. | **CASE NO. 3:14-cv-03436**<br><br>Assigned for All Purposes To:<br>The Honorable Nathanael Cousins<br><br>**[~~PROPOSED~~] ORDER GRANTING MOTION TO ENLARGE TIME BEFORE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed:   July 29, 2014<br>Current CMC:      October 29, 2014<br>[~~Proposed~~] CMC:   December 29, 2014 |

Pursuant to the motion of Plaintiff RA Sushi Holding Corporation, and with good cause shown, IT IS HEREBY ORDERED that the Initial Case Management Conference in this action, set for October 29, 2014, be continued to January 7, 2014 at 10:00am; that the last day to meet and confer, file ADR Certification and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be   December 15, 2014   ; and that the Joint Case Management Statement filing deadline shall be   December 29, 2014   .

Dated:   October 14,   , 2014

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[~~PROPOSED~~] ORDER GRANTING MOTION TO ENLARGE TIME