# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RA SUSHI HOLDING CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>SUSHI RAW GROUP, INC., et al.,<br><br>          Defendants. | Case No. 14-cv-03436 NC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 45 |

The Court being informed by the mediator that the case has settled, Dkt. No. 45, the parties are ordered to file a notice of dismissal or to show cause by August 13, 2015, explaining why the case should not be dismissed.

IT IS SO ORDERED.

DATED: July 30, 2015

*[signature]*

NATHANAEL M. COUSINS
United States Magistrate Judge