OGLOZA FORTNEY LLP
Darius Ogloza (SBN 176983)
dogloza@oglozafortney.com
David C. Fortney (SBN 226767)
dfortney@oglozafortney.com
535 Pacific Avenue, Suite 201
San Francisco, California 94133
Telephone:  (415) 912-1850
Facsimile:  (415) 887-5349

MAVEN INTELLECTUAL PROPERTY
Janet C. Moreira (FL. Bar No. 0597090)
janet@maveniplaw.com
333 S.E. 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: 305.967.7450
Fax: 305.967.7450

Attorneys for Plaintiff
RA SUSHI HOLDING CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RA SUSHI HOLDING CORPORATION, a Delaware corporation,<br><br>　　　Plaintiff and Counter-Defendant,<br><br>　　　v.<br><br>SUSHI RAW GROUP, INC., a California corporation, W & C JAPANESE RESTAURANT, INC., a California corporation, and NEW CONCEPT SUSHI, INC., a California corporation,<br><br>　　　Defendants and Counter-Plaintiffs. | **CASE NO. C 14-03436 NC**<br><br>Assigned for All Purposes to:<br>The Honorable Nathanael Cousins<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL** |

　　　Plaintiff RA SUSHI HOLDING CORPORATION and Defendants SUSHI RAW GROUP, INC., W & C JAPANESE RESTAURANT, INC., and NEW CONCEPT SUSHI, INC. ("the parties") have agreed to settle all claims of the above captioned matter pursuant to a Settlement Agreement dated July 17, 2015.  Accordingly, the parties have agreed to the dismissal, with prejudice, of all claims and counterclaims in this action.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 4, 2015 | MAVEN Intellectual Property |
|  | By   /s/Janet C. Moreira<br>      Janet C. Moreira |
|  | OGLOZA FORTNEY, LLP<br>Darius Ogloza<br>David Fortney |
|  | Attorneys for Plaintiff<br>RA SUSHI HOLDING CORPORATION |
| Dated: August 4, 2015 | LAW OFFICE OF ROBERT CHIN |
|  | By   /s/ Robert Chin<br>      Robert Chin |
|  | Attorneys for Defendant<br>Sushi Raw Group |
| Dated:  August 4, 2015 | LAW OFFICES OF JEFFREY A. CHEN |
|  | By   /s/ Jeffrey A. Chen<br>      Jeffrey A. Chen |
|  | Attorneys for Defendant<br>W & C JAPANESE RESTAURANT, INC. |

**JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL**

Attorney Attestation

     I, Janet C. Moreira, am the ECF User whose ID and password are being used to file this JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL.  In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 4, 2015                        By    /s/Janet C. Moreira
                                                          Janet C. Moreira

## **NOTICE OF ELECTRONIC FILING**

     I HEREBY certify that on August 4, 2015, I electronically filed the foregoing with the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record as follows:

Robert V. Chin, Esq.
Law Office of Robert V. Chin
851 Irwin Street, Suite 201
San Rafael, CA 94901
Tel: 415-256-8188
Fax: 415-256-9288
Email: rvclaw@sbcglobal.net
Counsel for Sushi Raw Group, Inc. and New Concept Sushi, Inc.

Jeffrey A. Chen, Esq.
Law Offices of Jeffrey A. Chen
766 Harrison Street, Suite 101
San Francisco, CA 94107
Tel: 415-369-9089
Email: jeffchenlaw@gmail.com
Counsel for W & C Restaurant

                                            By    /s/Janet C. Moreira
                                                       Janet C. Moreira